**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JOHN ZANCZUK            Chapter 13

            Debtor          Bankruptcy No. 18-11466-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___21st___ day of ___June___, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALLAN K MARSHALL ESQUIRE
1819 JFK BLVD
STE 400
PHILA, PA 19103

Debtor:
JOHN ZANCZUK

10736 PHILCREST AVE

PHILADELPHIA, PA 19154