United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-11466-mdc
John Zanczuk                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett          Page 1 of 1            Date Rcvd: Jun 21, 2018
                               Form ID: pdf900          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.
```
db         +John Zanczuk,    10736 Philcrest Av,    Philadelphia, PA 19154-4031
14067901    City of Phila,   Water Dept,   MSB Bldg,    Philadelphia, PA 19102
14067905   +Lakeview Loan,    425 Phillips,    Trenton, NJ 08618-1430
14067908    National Credit System,    Po Box 31215,    Atlanta, GA 31131
14103347   +National Credit Systems Inc.,    PO BOX 312125,    Atlanta, GA 31131-2125
14067909   +PECO,   P O Box 37629,    Philadelphia, PA 19101-0629
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 22 2018 02:38:23     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 22 2018 02:37:58
                Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 22 2018 02:38:19     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14067903       +E-mail/Text: ELDABBASM@FREEDOMCU.ORG Jun 22 2018 02:37:43     Freedom Credit Union,
                626 Jacksonville Rd Ste,    Warminster, PA 18974-4862
14067904        E-mail/Text: cio.bncmail@irs.gov Jun 22 2018 02:37:44     IRS,   Bankruptcy Dept,
                Atlanta, GA 39901
14103586        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2018 02:55:58
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
14067906       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2018 02:56:38
                LVNV Funding/Resurgent Capital,    Po Box 10497,   Greenville, SC 29603-0497
14105982        E-mail/Text: camanagement@mtb.com Jun 22 2018 02:37:48     Lakeview Loan Servicing LLC,
                c/o M&T Bank,   P.O. Box 1288,   Buffalo, NY 14240-1288
14067907        E-mail/Text: camanagement@mtb.com Jun 22 2018 02:37:48     M & T Bank,   Po Box 844,
                Buffalo, NY 14240
14067910        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2018 03:08:31
                Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
14085947        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2018 02:56:28
                Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
                                                                                              TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14067902        Elizabeth Jones (Deceased)
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:
```
              ALLAN K. MARSHALL    on behalf of Debtor John  Zanczuk akm6940@aol.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JOHN ZANCZUK                  Chapter 13

        Debtor                  Bankruptcy No. 18-11466-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this ___21st___ day of _____June_____, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
ALLAN K MARSHALL ESQUIRE
1819 JFK BLVD
STE 400
PHILA, PA 19103


Debtor:
JOHN ZANCZUK

10736 PHILCREST AVE

PHILADELPHIA, PA 19154